**STANTON–NEGLEY DRUG COMPANY, t/d/b/a Stanton–Negley Legend Drug, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, a Government Entity; Estelle B. Richman, Secretary of Pennsylvania Department of Public Welfare, in her official capacity; Office of Medical Assistance Programs, a Government Entity; James L. Hardy, Acting Deputy Secretary of the Office of Medical Assistance Programs, in his official capacity; Officer of Administration, Contract Policy, Management and Procurement, a Government Entity; and Daniel R. Boyd, the official-in-charge of the Office of Administration, Contract Policy Management and Procurement, in his official capacity, Appellees.**

Supreme Court of Pennsylvania.

Jan. 22, 2009.

Monte J. Rabner, Pittsburgh, for appellant, Stanton-Negley Drug Company.

Doris M. Leisch, Philadelphia, Helene Eichenwald Loux, Allen C. Warshaw, Matthew David Stauffer, Harrisburg, for appellee, Department of Public Welfare.

Estelle Richman, James L. Hardy, Harrisburg, for appellees.

Daniel R. Boyd, Harrisburg, for appellee, Office of Administration Contract Policy Management and Procurement.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the order of the Commonwealth Court is **AFFIRMED.**